UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MICHELLE BLAIR, individually and on behalf of all other similarly-situated current citizens of Missouri,<br><br>      Plaintiff,<br><br>  vs.<br><br>INVENTURE FOODS, INC.,<br><br>      Defendant. | Case No. 4:17-CV-00407 (CEJ) |

## **ORDER**

In accordance with the plaintiff's notice of dismissal,

**IT IS HEREBY ORDERED** that the Clerk of Court shall make an entry in the docket record reflecting the dismissal of this action without prejudice. Fed. R. Civ. P. 41(a)(1)(A)(i).

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 9th day of February, 2017.